MARGARET WEBSTER et al., Appellants, *v.* GRANT B. EUSTIS, Respondent.

Argued December 7, 1938; decided January 4, 1939.

*Harold D. Beatty* for appellants.

*Sydney J. Taylor* and *Lindsay Goeltz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.